EWERT, State Treasurer, Appellant, v. WELLS FARGO & COMPANY, Respondent.

(160 N. W. 808.)

(File Nos. 4068, 4069.   Opinion filed December 30, 1916.   Rehearing denied February 7, 1917.)

Appeals from Circuit Court, Hughes County.   Hon. JOHN F. HUGHES, Judge.

Proceedings to enforce a tax levy by Adolph W. Ewert, as treasurer of the State of South Dakota, against Wells Fargo & Company.   From the judgment, both parties appeal.   Reversed, with directions to dismiss the proceedings.

See, for opinion in similar cases, 38 S. D. 124, 160 N. W. 797.

*Clarence C. Caldwell,* Attorney General, and *Byron S. Payne,* Assistant Attorney General, for Appellant.

*Bailey & Voorhees* (*Charles W. Stockton,* of counsel) for Respondent.

WHITING, J. The questions involved in these appeals are fully covered by the decision in the companion case of Ewert v. Taylor et al., 38 S. D. 124, 160 N. W. 797. For the reasons therein state, the judgment of the lower court is reversed, and such court is directed to dismiss the action.

POLLEY, P. J., taking no part in this decision.